CHARLES M. LANE, Respondent, *v.* ALBERT O. FENN et al.,
      Appellants, Impleaded with Another.

*Lane* v. *Fenn,* 129 App. Div. 931, 937 affirmed,
(Argued February 16, 1909; decided March 2, 1909.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial depart-
ment, entered January 6, 1909, which affirmed an order of
Special Term denying a motion to set aside an order for the
examination of certain of the defendants before trial.   Also
appeal, by permission, from an order of said Appellate Divi-
sion, entered January 27, 1909, which affirmed an order of
Special Term denying a motion by defendants for judgment
on the pleadings dismissing the complaint under section 547
of the Code of Civil Procedure.

The following questions were certified on the appeal from
the first order :

" 1. Were the moving papers upon which the order to
examine was granted sufficient to justify the granting of the
order within the meaning of the provisions of the Code of
Civil Procedure ?

" 2. Should the order directing the examination limit and
define the scope of the examination, taking into consideration
the fact that the examination is to take place before a justice
of the supreme court ?

" 3. Should the examination be confined to material allega-
tions of the complaint which are controverted by the answers
and to the subjects specifically pointed out in the affidavits ? "

The following question was certified on the appeal from the
second order : " Does the complaint state facts sufficient to
constitute a cause of action ? "

*Walter S. Hubbell* for appellants.

*Alton B. Parker, Frank Sullivan Smith, James M. E.
O' Grady* and *Elbridge L. Adams* for respondent.

Order affirming order denying motion to vacate order for
examination affirmed, with costs, and first question certified

answered in the affirmative. The other questions not answered, as they present questions of discretion, not of law.

Order affirming order denying motion for judgment on the pleadings affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.